CHARLES F. EATON and E. MELBA EATON, as husband and wife, MARGARET S. FRICK, joined by her husband, O. T. FRICK, THOMAS W. AUSTIN and RUTH V. AUSTIN, as husband and wife, v. CITY OF FORT LAUDERDALE, a municipal corporation of Florida.

31 So. (2nd) 64  
June 17, 1947  
Rehearing Denied July 7, 1947

June Term, 1947  
Special Division A

T. D. Ellis, Jr., for appellant.

Julian E. Ross, for appellee.

PER CURIAM:

Affirmed on authority of City of Hollywood v. Davis, et al., 154 Fla. 785, 19 So. (2nd) 111.

THOMAS, C. J., TERRELL and CHAPMAN, JJ., and WILLIAMS, Associate Justice, concur.